# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Dillan Clarke ; Elayne Martinez**

County of Residence: Yuma

County Where Claim For Relief Arose: Yuma

**Defendant**(s): **Yuma Regional Medical Center**

County of Residence: Yuma

Plaintiff's Atty(s):

**Scott Edward Cole** (Dillan Clarke ; Elayne Martinez )
**Cole & Van Note**
**555 12th Street, Suite 1725**
**Oakland, California  94607**
**(510) 891-9800**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:          **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**
Defendant:- **1 Citizen of This State**

<u>IV. Origin</u> :          **1. Original Proceeding**

<u>V. Nature of Suit</u>:          **360 Other Personal Injury**

<u>VI.Cause of Action</u>:          **28 USC Section 1332 Def. failed to properly secure and safeguard Plaintiffs' and Class Members' personally identifiable info stored within Def's network.**

<u>VII. Requested in Complaint</u>

Class Action: **Yes**
Dollar Demand:
Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:**  <u>Scott Edward Cole</u>

**Date: 06/29/22**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**